

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY,** Texas; the Honorable Joel Rodriguez Jr., in his official capacity as
County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as
County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due to be filed with this court on September 26, 2014. *See* TEX. R. APP. P. 35.1(b). The day before the record was due, court reporter Patricia A. Gaddis filed a notification of late record. Appellants promptly responded to the notification. The reporter's record was filed on October 4, 2014.

The notification of late record is moot. Appellants' brief is due on October 24, 2014. *See id.* R. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court